# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>FRANCISCO LUIS BENNEN (3) | )<br>)<br>)  Case No: 17-CR-3431-MMA<br>)  USM No: 64165298<br>) |
| Date of Original Judgment: 04/29/2019<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )  Chloe Dillon, Federal Defenders Inc.<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(A)(i) and the First Step Act of 2018 for compassionate release and a corresponding reduction in the term of imprisonment imposed, and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.13 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and for the reasons set forth in the contemporaneously filed memorandum decision, **IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   120   months **is reduced to**   time served   .

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a total term of: TEN (10) YEARS.

All previously imposed terms and conditions of supervised release remain in full force and effect. The Court imposes the following additional special conditions of supervised release:

5. Defendant must reside with Ms. Leonelle Barron in accordance with his proposed release plan. In the event such residence is no longer available or otherwise feasible, Defendant must notify his probation officer immediately and thereafter may only reside in a location that is preapproved by Probation and authorized by the Court; and,
6. Defendant must remain at his residence at all times for a period of sixty (60) months, except for preapproved and scheduled absences for: Employment; Education; Religious activities; Treatment; Attorney visits; Court appearances; Court-ordered obligations; or Other activities as approved by the probation officer; and,
7. Defendant must be monitored for a period of twelve (12) months, with the location monitoring technology at the discretion of the probation officer. Defendant must abide by all technology requirements and must pay all or part of the costs of participation in the location monitoring program, as directed by the Court and/or the probation officer.

Except as otherwise provided, all provisions of the judgment dated   04/29/2019   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/08/2020

*Judge's signature* — Michael M. Anello

Effective Date: _____
*(if different from order date)*

Hon. Michael M. Anello, U.S. District Judge
*Printed name and title*