'

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO LUIS BENNEN (3),<br><br>Defendant. | Case No. 17cr3431-MMA-3<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY SUPERVISED RELEASE**<br><br>[Doc. No. 198] |

Pending before the Court is Defendant Francisco Luis Bennen's unopposed motion to modify the conditions of his term of supervised release. Doc. No. 198. Specifically, Defendant asks the Court to remove the condition of home detention. *Id.* Neither the government nor United States Probation oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3583(e)(2), the Court may "modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release . . ." provided that the court considers the factors set forth in section 3553(a). 18 U.S.C. § 3582(e)(2); *United States v. Bainbridge*, 746 F.3d 943, 951 (9th Cir. 2014). Defendant began his post-revocation term of supervision on October 13, 2020. According to Defendant, and confirmed by Probation, he has been fully compliant

1  with all of the conditions of supervised release, is employed, and has maintained sobriety
2  for a significant period of time.  Therefore, upon due consideration of the applicable
3  factors set forth in 18 U.S.C. § 3553(a) and the interests of justice, the Court **GRANTS**
4  Defendant's motion.  Accordingly, the Court **MODIFIES** the conditions of Defendant's
5  supervised release as follows: the Court removes the condition of home detention.  All
6  other conditions of release remain the same.

**IT IS SO ORDERED**.

Dated:  March 14, 2025

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge